**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

                              RE:    Christopher C. MAHER
                                        Docket Number:  2:98CR00106-01
                                        <u>**CONTINUATION REQUEST**</u>

Your Honor:

On November 14, 2005, a warrant was ordered based on the defendant's failure to keep his probation officer apprised of his change in residence and illicit drug use.  The defendant was arrested on the warrant and subsequently appeared before the Honorable Dale A. Drozd on November 22, 2005.

Since the filing of the Petition, the defendant contacted his probation officer and advised that he returned to a "clean and sober living environment."  The defendant's probation officer felt the defendant needed a more structured and therapeutic environment.  She felt he would not receive the type of care at a sober living environment that he would receive in an intensive drug rehabilitation program to address his drug addiction.  It was decided to allow the defendant an opportunity to enroll in an in-patient drug rehabilitation program.  Consequently, the matter was continued to December 15, 2005.

During the past several weeks, the defendant has sought out several programs and may be accepted into New Bridges.  At this point, the defendant's probation officer is requesting that we once again continue this matter until January 26, 2006.  That would allow the probation officer time to assess the defendant's progress in the program and report back to the Court.

                                      Respectfully submitted,

                                          /s/Kris M. Miura
                                        **KRIS M. MIURA**
                                     **United States Probation Officer**

Re:     **Christopher C. MAHER**
        **Docket Number:  2:98CR00106-01**
        <u>**CONTINUATION REQUEST**</u>

Dated:      December 13, 2005
            Sacramento, California
            KMM/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

cc:     Samantha Spangler
        Assistant United States Attorney

        Caro Marks
        Defense Counsel

_____

APPROVE:  X           DENY:  _____

  /s/ David F. Levi                     12/19/2005
**DAVID F. LEVI**                       DATE
Chief United States District Judge